**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 18, 2026**



In The

# Fifteenth Court of Appeals

## NO. 15-26-00053-CV

**LISA CLONTZ, Appellant**

**V.**

**BANK OF AMERICA, N. A., Appellee**

**On Appeal from the 465th District Court**
**Bastrop County, Texas**
**Trial Court Cause No. 465-706**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 7, 2026. On June 16, 2026, appellant Lisa Clontz filed an unopposed amended motion to dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1. The motion is granted. We dismiss the appeal with prejudice and dismiss all other pending motions as moot.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.